UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In Re Subpoena in                              )
                                               )
    UNITED STATES OF AMERICA                   )
    c/o Office of the U.S. Attorney            )
    555 4th Street, N.W.                       )
    Civil Division                             )
    Washington, DC  20530                      )
                                               )
            v.                             )   Misc. No. _____
                                               )
    JOSEPH GREENE                              )
    c/o Jason Tulley, Esq.                     )
    Public Defender Service                    )
    633 Indiana Avenue N.W.                    )
    Washington DC  20004                       )
                                               )
                  Defendant.          )
_____)

## NOTICE OF REMOVAL OF SUBPOENA

The United States Attorney, through the undersigned attorneys, and on behalf of the Court Services and Offender Supervision Agency ("CSOSA" or "Agency"), respectfully files this Notice Of Removal Of Subpoena pursuant to 28 U.S.C. §§ 1442(a)(1), 1446, Brown & Williamson Tobacco Corp. v. Williams, 62 F.3d 408, 412-415 (D.C. Cir. 1995), and Houston Business Journal, Inc. v. Office of the Comptroller of the Currency, 86 F.3d 1208, 1211 (D.C. Cir. 1996). In support of this notice, the agency states as follows:

1. CSOSA has been issued a subpoena duces tecum by counsel for Joseph Greene, requesting an appearance by an unspecified CSOSA Custodian Of Records who is instructed by the subpoena to bring records pertaining to an individual. The subpoena purports to call for the testimony and documents in the Superior Court of the District of Columbia in the matter of United States v. Joseph

Greene, Case No. 2007-CF3-7845.

2. A copy of the subpoena, redacted pursuant to Local Civ. Rule 5.4(f), is attached hereto.

3. CSOSA intends to move to quash, relying on federal law, upon the removal of this action.

WHEREFORE, this matter is properly removed from the Superior Court of the District of Columbia, to this Court, pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446, and Brown & Williamson Tobacco Corp. v. Williams, and Houston Business Journal, Inc. v. Office of the Comptroller of the Currency, supra. The underlying criminal case is not being removed and shall remain in Superior Court.

          Respectfully submitted,

_/s/_
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

_/s/_
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

_____/s/
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

*In Forma Pauperis*

# Superior Court of the District of Columbia
## CRIMINAL DIVISION
## SUBPOENA
*Duces Tecum*

RECV'D OGC FEB 19'08 AM 10:31

UNITED STATES
~~DISTRICT OF COLUMBIA~~

vs.

Case No. _2007-CF3-7845_

_Joseph Greene_

To: _Custodian of Records, Court Services and Offender Supervision Agency, 633 Indiana Ave NW, Washington, DC 20004_

YOU ARE HEREBY COMMANDED:

To appear before the Criminal Division ~~room~~/courtroom _311_ _Judge Cushenberry_ of the Superior Court of the District of Columbia, 500 Indiana Avenue/~~Judiciary Center, 555 Fourth Street~~, N.W., Washington, D.C. on the _21st_ day of _February_, 20_08_, at _9:30_ a.m./~~p.m.~~ as a witness for _the Defense_

☒ and bring with you _any and all records pertaining to Frances Iwuh; SSN: [redacted]; DOB: [redacted]; DCDC #294287; PDID #516026_

and do not depart from the Court without leave thereof.

WITNESS, the Honorable Chief Judge of the Superior Court of the District of Columbia, and the seal of said Court this _15th_ day of _February_, 20_08_.

Officer in Charge                District

_Jason Tulley, Esq._
Attorney for ~~Government~~/Defendant

Clerk, Superior Court
of the District of Columbia

Phone No. _202-824-2434_

Authorization as required by D.C. Code § 14-307 and *Brown v. U.S.*, 567 A.2d 426 (D.C. 1989), is hereby given for issuance of subpoena for medical records.

Date _2/15/08_     Judge _[signature]_

**RETURN ON THIS SUBPOENA IS REQUIRED ON OR BEFORE THIS DATE:**

☒ I hereby certify that I have personally served, or have executed as shown in "REMARKS," the above subpoena on the individual at the address below.

Name and Title of Individual Served: _Quettie Lander - Assistant General; Damon Pace - Attorney Counsel_

Address (If different than shown above)

☐ I hereby certify that, after diligent investigation, I am unable to locate the individuals, company, corporation, etc., named in above subpoena for the reason(s) as shown in "REMARKS."

| Date(s) of Endeavor | Date and Time of Service |
|---|---|
|  | _2/19/08 @ 10:20 am_ |
| **REMARKS** | Signature of Title of Server _Stephen Albers_ _Investigator_ _202-824-2322_ |

CD-1072/Jan. 00         *U.S. GPO: 2000-520-516/64582

```
            SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
                          Civil Division
```

UNITED STATES OF AMERICA )
c/o Office of the U.S. Attorney )
555 4th Street, N.W. )
Civil Division )
Washington, DC  20530 )
)
       v. ) Case No.  2007-CF3-7845
) Judge Cushenberry
JOSEPH GREENE ) CTD 2/21/08
c/o Jason Tulley, Esq. )
Public Defender Service )
633 Indiana Avenue N.W. )
Washington DC  20004 )
)
                Defendant. )

## NOTICE OF FILING OF NOTICE OF REMOVAL

To:   JOSEPH GREENE
      c/o Jason Tulley, Esq.
      Public Defender Service
      633 Indiana Avenue N.W.
      Washington DC  20004

PLEASE TAKE NOTE that on February 21, 2008, the United States Attorney for the District of Columbia filed with the Clerk of the United States District Court for the District of Columbia a Notice of Removal in the above captioned subpoena matter, pursuant to 28 U.S.C. §§ 1442(a)(1), and 1446.  The Superior Court of the District of Columbia "shall proceed no further unless and until the case is remanded."  See 28 U.S.C. § 1446(d).

A copy of the Notice of Removal (and attachments) are attached hereto.

    Respectfully submitted,

*/s/*
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

*/s/*
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

*/s/*
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Notice of Removal and Notice of Filing of Notice of Removal of a Civil Action and attachments has been made by mailing copies thereof to:

Jason Tulley, Esq.
Public Defender Service
633 Indiana Avenue N.W.
Washington DC  20004

on this 21st day of February, 2007.

*W. Mark Nebeker*
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230