```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

In Re Subpoena in _____ )
                                             )
    UNITED STATES OF AMERICA             )
                                             )
        v.                               )   Misc. No. 08-93 RMC
                                             )
    JOSEPH GREENE                        )
                                             )
                   Defendant.    )
_____ )

<u>UNOPPOSED MOTION FOR ENLARGEMENT OF TIME,
AND MEMORANDUM IN SUPPORT THEREOF</u>

    The Court Services and Offender Supervision Agency ("CSOSA") through the Office of the United States Attorney for the District of Columbia hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time of two weeks within which to respond to the subpoena removed to this Court from the Superior Court of the District of Columbia on February 21, 2008.  Counsel, for the defendant, Jason Tulley, Esq., has indicated that he does not oppose this motion.

    This enlargement is requested in order to allow the parties additional time to attempt to reach agreement on an alternative method to satisfy the request for information by Mr. Tulley in the Superior Court.  In fact, undersigned counsel had called Mr. Tulley this date to inquire whether he would oppose a motion to quash that was being drafted for filing today.  Mr. Tulley asked for some additional time to assess whether the motion would be opposed.  Rather than brief what may be an unopposed motion, CSOSA proposes to allow two more weeks during which the matter

may be amicably resolved.

For these reasons, this additional time is sought to respond to the subpoena. A proposed Order is attached hereto.

                        Respectfully submitted,

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

_____/s/
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Unopposed Motion For Enlargement Of Time, And Memorandum In Support Thereof and a proposed order has been made by mailing copies thereof to:

JASON TULLEY, ESQ.
Public Defender Service
633 Indiana Avenue N.W.
Washington DC  20004

on this 28th day of February, 2008.

                                              /s/
W. MARK NEBEKER, D.C. Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

In Re Subpoena in _____)
                                              )
    UNITED STATES OF AMERICA              )
                                              )
        v.                                 )  Misc. No. 08-93 RMC
                                              )
    JOSEPH GREENE                         )
                                              )
               Defendant.            )
_____)

ORDER

Upon consideration of the Unopposed Motion For Enlargement Of Time, And Memorandum In Support Thereof, the grounds stated therefor and the entire record herein, it is this \_\_\_\_ day of _____, 2008,

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED that the time within which the Court Services and Offender Supervision Agency ("CSOSA") may respond to the subpoena in this matter be and is hereby enlarged up to and including March 13, 2008.

                                                _____
                                                UNITED STATES DISTRICT JUDGE

W. MARK NEBEKER
Assistant U.S. Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530

JASON TULLEY, ESQ.
Public Defender Service
633 Indiana Avenue N.W.
Washington DC  20004