```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

In Re Subpoena in _____ )
                                              )
    UNITED STATES OF AMERICA              )
                                              )
        v.                                 )   Misc. No. 08-93 RMC
                                              )
    JOSEPH GREENE                         )
                                              )
               Defendant.        )
_____ )

## UNOPPOSED MOTION FOR STAY, AND MEMORANDUM IN SUPPORT THEREOF

The Court Services and Offender Supervision Agency ("CSOSA") through the Office of the United States Attorney for the District of Columbia hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for a stay of this miscellaneous action, pending efforts to satisfy Mr. Greene's desire for the relevant records in another manner. Counsel, for the defendant, Jason Tulley, Esq., has indicated that he does not oppose this motion.

On or about February 19, 2008, Mr. Joseph Greene, through counsel, issued a document titled "Subpoena Duces Tecum" and bearing a Superior Court of the District of Columbia caption. The document purported to direct the Custodian of Records at CSOSA to appear in the Superior Court on February 21, 2008[1] and to "bring with you any and all records pertaining to Frances Iwuh. . ." See Exhibit to Notice Of Removal Of Subpoena. On

---

[1] Counsel has been advised that the trial date has since been postponed.

February 21, 2008, the subpoena matter was removed to this Court. See Brown & Williamson Tobacco Corp. v. Williams, 62 F.3d 408, 412-415 (D.C. Cir. 1995); Notice Of Removal Of Subpoena.

The subpoena was purportedly issued in a criminal case pending in the Superior Court of the District of Columbia. CSOSA believes that applicable law and CSOSA regulations preclude the subpoenaing of information in the manner employed by Mr. Greene's counsel; and believes that jurisdiction is lacking to enforce a subpoena for information from the federal government. Nevertheless, Mr. Tulley has advised that he shall attempt to secure the desired information through another process in the Superior Court.[2] CSOSA is willing to entertain alternative means by which appropriate disclosures can be made. Rather than unnecessarily burden this Court with a motion to quash,[3] the parties are in agreement that this subpoena matter should be stayed pending the actions in the Superior Court. Alternatively, CSOSA asks for an additional brief period to finalize the motion to quash.

---

[2] District of Columbia law allows, for instance, for reports to be made to the judges of the Superior Court of the District of Columbia under appropriate circumstances. See D.C. Code § 24-133(c)(3)(CSOSA "shall make such reports to the Superior Court with respect to an individual on probation as the Superior Court may require.")

[3] Undersigned counsel has already drafted such a motion, but its filing under these circumstances would not, in counsel's view, best lead to the "just, speedy, and inexpensive determination of [the] action." See Fed. R. Civ. P. 1.

For these reasons, CSOSA seeks a stay in this matter.  A proposed Order is attached hereto.

                              Respectfully submitted,

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney


_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney


                                                        /s/
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that service of the foregoing Unopposed Motion For Stay, And Memorandum In Support Thereof and a proposed order has been made by mailing copies thereof to:

JASON TULLEY, ESQ.
Public Defender Service
633 Indiana Avenue N.W.
Washington DC  20004

on this 13th day of March, 2008.

_____/s/
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In Re Subpoena in _____ )
                                              )
    UNITED STATES OF AMERICA              )
                                              )
        v.                                 )    Misc. No. 08-93 RMC
                                              )
    JOSEPH GREENE                         )
                                              )
                Defendant.             )
_____ )

<u>ORDER</u>

    Upon consideration of the Unopposed Motion For Stay, And Memorandum In Support Thereof, the grounds stated therefor and the entire record herein, it is this \_\_\_\_ day of _____, 2008,

    ORDERED that the said motion be and hereby is granted; and it is

    FURTHER ORDERED that this matter be and is hereby stayed pending further order of the Court and it is;

    FURTHER ORDERED that counsel for the parties update the Court when they become aware of significant events in the Superior Court action.

                                               _____
                                               UNITED STATES DISTRICT JUDGE

W. MARK NEBEKER
Assistant U.S. Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530

JASON TULLEY, ESQ.
Public Defender Service
633 Indiana Avenue N.W.
Washington DC  20004