UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In Re Subpoena in _____ )
                                          )
    UNITED STATES OF AMERICA          )
                                          )
        v.                            )    Misc. No. 08-93 RMC
                                          )
    JOSEPH GREENE                     )
                                          )
               Defendant.       )
_____)

## NOTICE OF DISMISSAL

The Court Services and Offender Supervision Agency ("CSOSA") through the Office of the United States Attorney for the District of Columbia hereby notifies the Court and Joseph Greene, through counsel, pursuant to Fed. R. Civ. P. 41(a)(1), that all claims in this civil action are hereby dismissed as moot.[1]

Respectfully submitted,

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

_____/s/
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

---

[1] Counsel for Mr. Greene indicated in an e-mail dated April 29, 2008: "We are done with the trial so no issue anymore."

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the Foregoing Notice Of Dismissal has been made by mailing a copy thereof to:

JASON TULLEY, ESQ.
Public Defender Service
633 Indiana Avenue N.W.
Washington DC  20004

on this 5th day of May, 2008.

/s/
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230